JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTANA EYES, INC., | CASE NO. CV 13-04366-MMM(PJWx) |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING CIVIL ACTION |
| MONTANA EYECARE, et al., | |
| Defendant(s). | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

*Margaret M. Morrow*

DATED: August 15, 2013

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE